AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

<table>
<tr><td align="center">Jose R.D.</td><td>)</td><td></td></tr>
<tr><td align="center">*Plaintiff*</td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Civil Action No.   2:25-cv-985</td></tr>
<tr><td align="center">Commissioner of Social Security,</td><td>)</td><td></td></tr>
<tr><td align="center">*Defendant*</td><td>)</td><td></td></tr>
</table>

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☑  other: Pursuant to the March 26, 2026 Opinion and Order, this case is dismissed.

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Chelsey M. Vascura _____ on a Motion for
Dismissal _____

Date:        03/26/2026 _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk